UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA C. PREZIO,                    )
          Plaintiff,                )
v.                                  )   CASE NO.: 04-10747-REK
                                    )
NATIONAL RAILROAD PASSENGER         )
CORPORATION,                        )
          Defendant.                )


### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(i) and Local Rule 68.2, dismisses the above-numbered complaint with prejudice.

Respectfully submitted,

MARIA C. PREZIO
Plaintiff

By her Attorney,

/s/ Edward Berkin
Edward Berkin
50 Congress Street, Suite 936
Boston, Massachusetts 02109-4008
(617) 248-2340
BBO No. 039480

DATED: August 11, 2004